UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60023-CR-HURLEY/HOPKINS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DERWIN JONES,
    Defendant.
_____/



FILED by _____ D.C.
OCT - 4 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Friday, October 6, 2006, at 2:00 p.m.**, tentatively, in Courtroom 205C, at the U.S. Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida. Counsel representing the parties should contact the courtroom deputy at 561/803-3450, at least 48 hours prior to the hearing, to verify the location.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___3RD___ day of October, 2006.

**copy furnished:**
AUSA Kimberly Dunn Abel
AFPD Dave Lee Brannon
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge